# EXHIBIT A

Int. Cl.: 25
Prior U.S. Cls.: 22 and 39 Reg. No. 2,279,668
United States Patent and Trademark Office Registered Sep. 21, 1999
Amended OG Date May 27, 2003

**TRADEMARK**
**PRINCIPAL REGISTER**

**UNDER ARMOUR**

K. P. SPORTS, INC. (MARYLAND CORPORATION)
P.O. BOX 337
KENSINGTON, MD 20895

FOR: CLOTHING, NAMELY, T-SHIRTS, LONG SLEEVE SHIRTS, TURTLE NECKS, MOCK TURTLE NECKS, HATS, SHORTS, SHIRTS, LEGGINGS, [ SOCKS, ] JERSEY'S, PANTS, HEADWEAR FOR WINTER AND SUMMER, UNDERWEAR, TANK TOPS (MALE AND FEMALE), [ WRISTBANDS/HEADBANDS, SHOES, RAIN SUITS, GLOVES, JACKETS (WINTER AND SUMMER), ] WINTER CAPS, SWEAT SHIRTS/PULL OVERS, WOMENS BRA, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-7-1996; IN COMMERCE 9-7-1996.

SER. NO. 75-149,114, FILED 8-13-1996.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on May 27, 2003.*

DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE

**Int. Cls.: 9, 18, 21, 22, 24 and 25**

**Prior U.S. Cls.: 1, 2, 3, 7, 13, 19, 21, 22, 23, 26, 29, 30, 33, 36, 38, 39, 40, 41, 42 and 50**

**Reg. No. 3,052,160**

**United States Patent and Trademark Office** **Registered Jan. 31, 2006**

**TRADEMARK**
**PRINCIPAL REGISTER**

# UNDER ARMOUR

UNDER ARMOUR, INC. (MARYLAND CORPORATION)
1020 HULL STREET
BALTIMORE, MD 21230

FOR: CHIN STRAP PADS FOR USE WITH PROTECTIVE HELMETS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 7-12-2004; IN COMMERCE 7-12-2004.

FOR: TOILETRY KITS, SOLD EMPTY, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 8-6-2004; IN COMMERCE 8-6-2004.

FOR: SPORTS BOTTLES, SOLD EMPTY, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 2-4-2004; IN COMMERCE 2-4-2004.

FOR: LANYARDS FOR HOLDING MOUTHPIECES, WATER BOTTLES, EYEGLASSES, BADGES, OR KEYS, IN CLASS 22 (U.S. CLS. 1, 2, 7, 19, 22, 42 AND 50).

FIRST USE 10-0-2001; IN COMMERCE 10-0-2001.

FOR: SPORTS TOWELS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 0-0-2001; IN COMMERCE 0-0-2001.

FOR: GLOVES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-22-2004; IN COMMERCE 11-22-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 76-561,989, FILED 11-26-2003.

SEAN DWYER, EXAMINING ATTORNEY

**Int. Cl.: 35**

**Prior U.S. Cls.: 100, 101 and 102**

**Reg. No. 3,638,277**
**Registered June 16, 2009**

**United States Patent and Trademark Office**

**SERVICE MARK**
**PRINCIPAL REGISTER**

# UNDER ARMOUR

UNDER ARMOUR, INC. (MARYLAND CORPORATION)
1020 HULL STREET
BALTIMORE, MD 21230

FOR: ONLINE RETAIL STORE SERVICES FEATURING APPAREL, FOOTWEAR, SPORTING GOODS, EYEWEAR, HEADWEAR, WRIST BANDS, SWEAT BANDS, BELTS, GLOVES, HAND-WARMERS, PLASTIC WATER BOTTLES SOLD EMPTY, WATCHES, SPORTS BAGS, TOTE BAGS, TRAVEL BAGS, BACKPACKS, GOLF BAGS, MESSENGER BAGS, DUFFEL BAGS, SHOE BAGS FOR TRAVEL, TOILETRY BAGS SOLD EMPTY, WHEELED BAGS, WAIST PACKS, SLING BAGS, UMBRELLAS, TOWELS, POSTERS; MOBILE RETAIL STORE SERVICES FEATURING APPAREL, FOOTWEAR, AND SPORTING GOODS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 7-7-2000; IN COMMERCE 7-7-2000.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,509,632, 3,375,771 AND OTHERS.

SER. NO. 77-572,366, FILED 9-17-2008.

LINDA E. BLOHM, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 3,642,614**

**United States Patent and Trademark Office** **Registered June 23, 2009**

**TRADEMARK**
**PRINCIPAL REGISTER**

# UNDER ARMOUR

UNDER ARMOUR, INC. (MARYLAND CORPORATION)

1020 HULL STREET

BALTIMORE, MD 21230

FOR: FULL LINE OF ATHLETIC CLOTHING, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-26-2003; IN COMMERCE 11-26-2003.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,279,668, 3,052,160 AND OTHERS.

SER. NO. 77-590,002, FILED 10-10-2008.

TEJBIR SINGH, EXAMINING ATTORNEY



# UNDER ARMOUR

**Reg. No. 3,700,135**
Registered Oct. 20, 2009

**Int. Cls.: 25 and 28**

TRADEMARK
PRINCIPAL REGISTER

UNDER ARMOUR, INC. (MARYLAND CORPORATION)
1020 HULL STREET
BALTIMORE, MD 21230

FOR: CLOTHING FOR ATHLETIC USE, NAMELY, PADDED SHIRTS, PADDED PANTS, PADDED SHORTS, PADDED ELBOW COMPRESSION SLEEVES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-20-2008; IN COMMERCE 6-20-2008.

FOR: GOLF BAGS; BAGS SPECIALLY ADAPTED FOR SPORTS EQUIPMENT; GOLF GLOVES; BATTING GLOVES; FOOTBALL GLOVES; LACROSSE GLOVES; MOUTH GUARDS FOR ATHLETIC USE; CASES FOR HOLDING ATHLETIC MOUTH GUARDS; ATHLETIC EQUIPMENT, NAMELY, GUARDS FOR THE LIPS; CHIN PADS FOR ATHLETIC USE; KNEE PADS FOR ATHLETIC USE; ELBOW PADS FOR ATHLETIC USE; FOREARM PADS FOR ATHLETIC USE; SHIN GUARDS FOR ATHLETIC USE; FOOTBALL GIRDLES; JOCK STRAPS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 1-12-2006; IN COMMERCE 1-12-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,500,322, 3,501,773, AND OTHERS.

SN 77-589,725, FILED 10-9-2008.

TEJBIR SINGH, EXAMINING ATTORNEY

David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# UNDER ARMOUR

**Reg. No. 3,712,052**
Registered Nov. 17, 2009

**Int. Cl.: 25**

TRADEMARK
PRINCIPAL REGISTER

UNDER ARMOUR, INC. (MARYLAND CORPORATION)
1020 HULL STREET
BALTIMORE, MD 21230

FOR: ANKLE SOCKS; ATHLETIC UNIFORMS; BASEBALL CAPS; BASEBALL SHOES; BASEBALL UNIFORMS; BASELAYER BOTTOMS; BASELAYER TOPS; BEACH FOOTWEAR; BOXER BRIEFS; BOXER SHORTS; BRIEFS; CAPRI PANTS; CHILDREN'S HEADWEAR; COATS; DRESSES; FLEECE PULLOVERS; FOOTBALL SHOES; FOOTWEAR; FOUL WEATHER GEAR; GOLF CAPS; GOLF SHIRTS; GOLF TROUSERS; HOODED PULLOVERS; HUNTING VESTS; JOGGING PANTS; KNIT SHIRTS; MEN'S SOCKS; MITTENS; MOISTURE-WICKING SPORTS BRAS; MOISTURE-WICKING SPORTS PANTS; MOISTURE-WICKING SPORTS SHIRTS; POLO SHIRTS; RAIN JACKETS; RAIN TROUSERS; RAINPROOF JACKETS; RAINWEAR; RUNNING SHOES; SHORT-SLEEVED OR LONG-SLEEVED T-SHIRTS; SHORT-SLEEVED SHIRTS; SKI BIBS; SKI GLOVES; SKI JACKETS; SKI PANTS; SKI WEAR; SKORTS; SLEEVELESS JERSEYS; SNOW PANTS; SNOWBOARD GLOVES; SNOWBOARD MITTENS; SNOWBOARD PANTS; SOCCER BOOTS; SPORT SHIRTS; SPORTS BRAS; SPORTS JERSEYS; SPORTS PANTS; SPORTS SHIRTS; SWEAT BANDS; SWEAT PANTS; TENNIS WEAR; THONGS; THONGS; TRAINING SHOES; UNDERSHIRTS; UNITARDS; VISORS; WATERPROOF JACKETS AND PANTS; WIND PANTS; WIND RESISTANT JACKETS; WIND SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-7-1996; IN COMMERCE 9-7-1996.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,279,668, 3,178,549 AND OTHERS.

SER. NO. 77-733,634, FILED 5-11-2009.

ANDREW RHIM, EXAMINING ATTORNEY

David J. Kappos

Director of the United States Patent and Trademark Office



# UNDER ARMOUR

**Reg. No. 4,225,998**

**Registered Oct. 16, 2012**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

UNDER ARMOUR, INC. (MARYLAND CORPORATION)
1020 HULL STREET
BALTIMORE, MD 21230

FOR: BANDANAS; BASEBALL SHOES; BASKETBALL SNEAKERS; BEACHWEAR; BIB OVERALLS FOR HUNTING; BIKINIS; CAMOUFLAGE GLOVES; CAMOUFLAGE JACKETS; CAMOUFLAGE PANTS; CAMOUFLAGE SHIRTS; CAMOUFLAGE VESTS; CLEATS FOR ATTACHMENT TO SPORTS SHOES; FISHING SHIRTS; FOOTBALL SHOES; GOLF SHORTS; HUNTING JACKETS; HUNTING PANTS; HUNTING SHIRTS; MEN'S DRESS SOCKS; SNEAKERS; SWIMWEAR; VOLLEYBALL JERSEYS; YOGA PANTS; YOGA SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-0-2005; IN COMMERCE 6-0-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,279,668, 3,642,614, AND OTHERS.

SN 77-779,844, FILED 7-13-2009.

GIANCARLO CASTRO, EXAMINING ATTORNEY

David J. Kappos

Director of the United States Patent and Trademark Office



# UNDER ARMOUR

**Reg. No. 4,380,298**  
**Registered Aug. 6, 2013**  
**Int. Cl.: 21**

**TRADEMARK**  
**PRINCIPAL REGISTER**

UNDER ARMOUR, INC. (MARYLAND CORPORATION)  
1020 HULL STREET  
BALTIMORE, MD 21230

FOR: LIGHT DUTY UTILITY GLOVES; REUSABLE PLASTIC WATER BOTTLES SOLD EMPTY; REUSABLE STAINLESS STEEL WATER BOTTLES SOLD EMPTY; SPORTS BOTTLES SOLD EMPTY; SQUEEZE BOTTLE SOLD EMPTY; VACUUM BOTTLES; WATER BOTTLES SOLD EMPTY; WORK GLOVES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 2-4-2004; IN COMMERCE 2-4-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,052,160, 3,638,277 AND OTHERS.

SER. NO. 85-819,491, FILED 1-9-2013.

SUE LAWRENCE, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office



# UNDER ARMOUR

**Reg. No. 4,143,498**

**Registered May 15, 2012**

**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

UNDER ARMOUR, INC. (MARYLAND CORPORATION)
1020 HULL STREET
BALTIMORE, MD 21230

FOR: LACROSSE STICKS; LACROSSE STICK HEADS; LACROSSE STICK SHAFTS; LACROSSE STICK HANDLES; LACROSSE GLOVES; LACROSSE ARM GUARDS; LACROSSE SHOULDER PADS; LACROSSE ELBOW PADS; AND REPLACEMENT PARTS FOR THE FOREGOING GOODS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 11-1-2011; IN COMMERCE 11-1-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,279,668, 3,812,080, AND OTHERS.

SN 85-132,296, FILED 9-17-2010.

LINDA M. KING, EXAMINING ATTORNEY

David J. Kappos

Director of the United States Patent and Trademark Office

**Int. Cls.: 9, 18, 21, 24 and 25**

**Prior U.S. Cls.: 1, 2, 3, 13, 21, 22, 23, 26, 29, 30, 33, 36, 38, 39, 40, 41, 42 and 50**

**Reg. No. 3,081,173**

**United States Patent and Trademark Office** **Registered Apr. 18, 2006**

**TRADEMARK**
**PRINCIPAL REGISTER**

UNDER ARMOUR, INC. (MARYLAND CORPORATION)
1020 HULL STREET
BALTIMORE, MD 21230

FOR: CHIN STRAP PADS FOR USE WITH PROTECTIVE HELMETS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 7-12-2004; IN COMMERCE 7-12-2004.

FOR: TOILETRY KITS, SOLD EMPTY, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 8-6-2004; IN COMMERCE 8-6-2004.

FOR: SPORTS BOTTLES, SOLD EMPTY, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 2-4-2004; IN COMMERCE 2-4-2004.

FOR: SPORTS TOWELS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 0-0-2001; IN COMMERCE 0-0-2001.

FOR: GLOVES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-22-2004; IN COMMERCE 11-22-2004.

THE MARK CONSISTS OF A STYLIZED LETTER 'U' AND A STYLIZED LETTER 'A' ABOVE THE WORDS UNDER ARMOUR.

SER. NO. 76-561,986, FILED 11-26-2003.

SEAN DWYER, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 3,138,451**

**United States Patent and Trademark Office** **Registered Sep. 5, 2006**

## TRADEMARK
## PRINCIPAL REGISTER

UNDER ARMOUR, INC. (MARYLAND CORPORATION)
1020 HULL STREET
BALTIMORE, MD 21230

FOR: CLOTHING, NAMELY VESTS, GLOVES, JACKETS AND SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-1-2000; IN COMMERCE 1-1-2000.

OWNER OF U.S. REG. NOS. 2,509,632, 2,727,031 AND OTHERS.

THE MARK CONSISTS OF AN OVAL CONTAINING IN ITS CENTER A LOGO CONSISTING OF THE LETTERS U AND A OVERLAPPING VERTICALLY AND DEPICTED OVER THE WORDS UNDER ARMOUR WITH A SMALLER RECTANGULAR SHAPE HAVING ROUNDED EDGES AND CONTAINING A NUMBER SIGN DEPICTED TO THE RIGHT OF THE LOGO.

SER. NO. 78-655,916, FILED 6-22-2005.

KEVIN DINALLO, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 3,663,142**
**Registered Aug. 4, 2009**

**United States Patent and Trademark Office**

**TRADEMARK**
**PRINCIPAL REGISTER**

UNDER ARMOUR, INC. (MARYLAND CORPORATION)
1020 HULL STREET
BALTIMORE, MD 21230

FOR: FULL LINE OF ATHLETIC CLOTHING; HEADWEAR; FOOTWEAR; GLOVES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-0-2003; IN COMMERCE 1-0-2003.

OWNER OF U.S. REG. NOS. 2,509,632, 3,556,268 AND OTHERS.

THE MARK CONSISTS OF A STYLIZED LETTER "U" VERTICALLY OVERLAPPING A STYLIZED LETTER "A" WITH THE WORDS "UNDER ARMOUR" TO THE RIGHT OF THE "UA" DESIGN AND THE WORD "PERFORMANCE" BENEATH THE WORDS "UNDER ARMOUR". A HORIZONTAL LINE SEPARATES THE WORDS "UNDER ARMOUR" AND THE WORD "PERFORMANCE" WITH ALL THE FOREGOING ENCLOSED WITHIN A RECTANGULAR OUTLINE.

SER. NO. 77-630,266, FILED 12-10-2008.

WENDY JUN, EXAMINING ATTORNEY