# EXHIBIT B

# United States of America
## United States Patent and Trademark Office

# ARMOURED

**Reg. No. 4,443,976**
**Registered Dec. 3, 2013**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

UNDER ARMOUR, INC. (MARYLAND CORPORATION)
1020 HULL STREET
BALTIMORE, MD 21230

FOR: FISHING SHIRTS; MOISTURE-WICKING SPORTS SHIRTS; SHIRTS; SHORT-SLEEVED SHIRTS; T-SHIRTS; TOPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-0-2012; IN COMMERCE 12-0-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,279,668, 3,720,012 AND OTHERS.

SER. NO. 86-019,006, FILED 7-24-2013.

RON FAIRBANKS, EXAMINING ATTORNEY



Commissioner for Trademarks of the
United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# ARMOUR

**Reg. No. 3,720,012**
Registered Dec. 1, 2009

**Int. Cl.: 25**

**TRADEMARK**
**PRINCIPAL REGISTER**

UNDER ARMOUR, INC. (MARYLAND CORPORATION)
1020 HULL STREET
BALTIMORE, MD 21230

FOR: CLOTHING, EXCLUDING GOLF CLOTHING, NAMELY, HOODED SWEAT SHIRTS, CREW NECK SHIRTS, LONG SLEEVE SHIRTS, PULLOVER SHIRTS, AND SWEAT PANTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-15-2007; IN COMMERCE 11-15-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,392,904, 3,541,792, AND OTHERS.

SN 77-978,190, FILED 9-12-2008.

LINDA E. BLOHM, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# ARMOUR

**Reg. No. 3,970,978**
**Registered May 31, 2011**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

UNDER ARMOUR, INC. (MARYLAND CORPORATION)
1020 HULL STREET
BALTIMORE, MD 21230

FOR: FOOTWEAR, EXCLUDING GOLF FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-0-2010; IN COMMERCE 6-0-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,392,904, 3,541,792, AND OTHERS.

SN 77-568,735, FILED 9-12-2008.

LINDA E. BLOHM, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# ARMOUR

**Reg. No. 3,766,130**    UNDER ARMOUR, INC. (MARYLAND CORPORATION)
Registered Mar. 30, 2010   1020 HULL STREET
BALTIMORE, MD 21230

**Int. Cl.: 28**   FOR: PROTECTIVE ATHLETIC CUPS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

**TRADEMARK**   FIRST USE 10-13-2006; IN COMMERCE 10-13-2006.
**PRINCIPAL REGISTER**   THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,392,904.

SER. NO. 77-669,846, FILED 2-13-2009.

BILL DAWE, EXAMINING ATTORNEY



David J. Kappos
Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# ARMOUR

**Reg. No. 4,133,248**    UNDER ARMOUR, INC. (MARYLAND CORPORATION)
1020 HULL STREET
**Registered Apr. 24, 2012**  BALTIMORE, MD 21230

**Int. Cl.: 25**    FOR: CLOTHING, EXCLUDING GOLF CLOTHING, NAMELY, HEADWEAR, HATS, CAPS,
BASEBALL CAPS, BEANIES AND BRAS, IN CLASS 25 (U.S. CLS. 22 AND 39).

**TRADEMARK**    FIRST USE 6-0-2010; IN COMMERCE 6-0-2010.

**PRINCIPAL REGISTER**   THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,392,904, 3,766,130, AND OTHERS.

SN 85-976,282, FILED 7-19-2010.

LINDA M. KING, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# ARMOUR

**Reg. No. 3,963,256**
**Registered May 17, 2011**

UNDER ARMOUR, INC. (MARYLAND CORPORATION)
1020 HULL STREET
BALTIMORE, MD 21230

**Int. Cl.: 28**

FOR: KNEE PADS FOR ATHLETIC USE, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 5-24-2010; IN COMMERCE 5-24-2010.

**TRADEMARK**

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,392,904, 3,720,012, AND OTHERS.

SN 77-981,684, FILED 3-1-2010.

LEIGH LOWRY, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

Int. Cl.: **25**

Prior U.S. Cls.: **22 and 39**

## United States Patent and Trademark Office

Reg. No. **3,392,904**
Registered Mar. 4, 2008

### TRADEMARK
### PRINCIPAL REGISTER

# ARMOUR

UNDER ARMOUR, INC. (MARYLAND COR-
PORATION)
1020 HULL STREET
BALTIMORE, MD 21230

FOR: CLOTHING, EXCLUDING GOLF CLOTH-
ING, NAMELY, SHORTS, SHIRTS, POLO SHIRTS,
PANTS, JACKETS, VESTS AND GLOVES, IN CLASS
25 (U.S. CLS. 22 AND 39).

FIRST USE 11-15-2007; IN COMMERCE 11-15-2007.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,279,668, 2,509,632,
AND OTHERS.

SN 78-620,757, FILED 5-2-2005.

KEVIN DINALLO, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 3,504,324

Registered Sep. 23, 2008

### TRADEMARK
### PRINCIPAL REGISTER

# ARMOUR STRETCH

UNDER ARMOUR, INC. (MARYLAND COR-
PORATION)
1020 HULL STREET
BALTIMORE, MD 21230

FOR: JACKETS; PULLOVERS; VESTS; GLOVES,
IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-11-2007; IN COMMERCE 6-11-2007.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,392,904.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "STRETCH", APART FROM THE
MARK AS SHOWN.

SER. NO. 77-372,820, FILED 1-16-2008.

DAVID C. REIHNER, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 3,622,968
Registered May 19, 2009

## TRADEMARK
### PRINCIPAL REGISTER

# ARMOURSTORM

UNDER ARMOUR, INC. (MARYLAND COR-
PORATION)
1020 HULL STREET
BALTIMORE, MD 21230

FOR: BIB OVERALLS; COATS; GLOVES; JACK-
ETS; MITTENS; PANTS, IN CLASS 25 (U.S. CLS. 22
AND 39).

FIRST USE 7-30-2007; IN COMMERCE 7-30-2007.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-605,380, FILED 10-31-2008.

TEJBIR SINGH, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office

## ARMOUR GRABTACK

**Reg. No. 3,684,393**
Registered Sep. 15, 2009

UNDER ARMOUR, INC. (MARYLAND CORPORATION)
1020 HULL STREET
BALTIMORE, MD 21230

**Int. Cl.: 28**

FOR: FOOTBALL GLOVES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 4-15-2009; IN COMMERCE 4-15-2009.

**TRADEMARK**
**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,392,904.

SN 77-658,959, FILED 1-29-2009.

WENDY JUN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 3,069,215
Registered Mar. 14, 2006

### TRADEMARK
### PRINCIPAL REGISTER

# ARMOURBLOCK

UNDER ARMOUR, INC. (MARYLAND CORPORATION)

1020 HULL STREET

BALTIMORE, MD 21230

FOR: GLOVES, SOCKS, HOODS, SHIRTS, T-SHIRTS, LEGGINGS, PANTS, HEADWEAR FOR WINTER, UNDERWEAR, AND TANK TOPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-2-2005; IN COMMERCE 5-2-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,279,668 AND 2,509,632.

SN 78-390,714, FILED 3-25-2004.

ALICE SUE CARRUTHERS, EXAMINING ATTORNEY



# United States of America
### United States Patent and Trademark Office

# GAMEDAY ARMOUR

**Reg. No. 4,094,318**

**Registered Jan. 31, 2012**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

UNDER ARMOUR, INC. (MARYLAND CORPORATION)
1020 HULL STREET
BALTIMORE, MD 21230

FOR: CLOTHING, NAMELY, SHIRTS, T-SHIRTS, SHORT-SLEEVED SHIRTS, SHORTS; CLOTHING FOR ATHLETIC USE, NAMELY, PADDED SHORTS; CLOTHING FOR ATHLETIC USE, NAMELY, PADDED SHIRTS , IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-0-2011; IN COMMERCE 5-0-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,392,904, 3,766,130, AND OTHERS.

SN 85-052,902, FILED 6-2-2010.

REBECCA GILBERT, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# MY ARMOUR

**Reg. No. 4,443,975**

**Registered Dec. 3, 2013**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

UNDER ARMOUR, INC. (MARYLAND CORPORATION)
1020 HULL STREET
BALTIMORE, MD 21230

FOR: MOISTURE-WICKING SPORTS SHIRTS; SHIRTS; SHORT-SLEEVED SHIRTS; T-SHIRTS; TOPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7-22-2013; IN COMMERCE 7-22-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,279,668, 3,720,012 AND OTHERS.

SER. NO. 86-018,657, FILED 7-24-2013.

RON FAIRBANKS, EXAMINING ATTORNEY



Commissioner for Trademarks of the
United States Patent and Trademark Office

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 3,646,904

## United States Patent and Trademark Office

Registered June 30, 2009

### TRADEMARK
### PRINCIPAL REGISTER

# ARMOURFUSION

UNDER ARMOUR, INC. (MARYLAND COR-
PORATION)
1020 HULL STREET
BALTIMORE, MD 21230

FOR: SUNGLASSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-5-2008; IN COMMERCE 5-5-2008.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-626,762, FILED 12-4-2008.

WENDY JUN, EXAMINING ATTORNEY

Int. Cl.: **25**

Prior U.S. Cls.: **22 and 39**

## United States Patent and Trademark Office

Reg. No. **3,662,480**
Registered Aug. 4, 2009

### TRADEMARK
### PRINCIPAL REGISTER

# ARMOURLOFT

UNDER ARMOUR, INC. (MARYLAND COR-
PORATION)
1020 HULL STREET
BALTIMORE, MD 21230

FOR: JACKETS; VESTS, IN CLASS 25 (U.S. CLS. 22
AND 39).

FIRST USE 9-25-2008; IN COMMERCE 9-25-2008.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-372,788, FILED 1-16-2008.

DAVID C. REIHNER, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office

# ARMOURCHILL

**Reg. No. 4,112,397**

UNDER ARMOUR, INC. (MARYLAND CORPORATION)
1020 HULL STREET

**Registered Mar. 13, 2012**   BALTIMORE, MD 21230

**Int. Cl.: 25**

FOR: CLOTHING, NAMELY, BEANIES, HATS, HEADWEAR, VESTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

**TRADEMARK**

FIRST USE 11-0-2010; IN COMMERCE 11-0-2010.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,392,904 AND 3,720,012.

SN 85-024,329, FILED 4-27-2010.

DOUGLAS LEE, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office



# ARMOURSIGHT

**Reg. No. 3,861,988**

**Registered Oct. 12, 2010**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

UNDER ARMOUR, INC. (MARYLAND CORPORATION)
1020 HULL STREET
BALTIMORE, MD 21230

FOR: EYEWEAR; SUNGLASSES; LENSES FOR SUNGLASSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 2-15-2010; IN COMMERCE 2-15-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,392,904, 3,646,904, AND OTHERS.

SN 77-871,918, FILED 11-13-2009.

ANDREW RHIM, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office



# United States of America

### United States Patent and Trademark Office

# ARMOURGRIP

**Reg. No. 3,880,602**

**Registered Nov. 23, 2010**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

UNDER ARMOUR, INC. (MARYLAND CORPORATION)
1020 HULL STREET
BALTIMORE, MD 21230

FOR: LEGGINGS; LONGSLEEVED SHIRTS; MOISTURE-WICKING SPORTS SHIRTS; PANTS; SHIRTS; SHORT-SLEEVED SHIRTS; SOCKS; T-SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-8-2010; IN COMMERCE 10-8-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,392,904.

SN 77-660,010, FILED 1-30-2009.

WENDY JUN, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office



**United States of America**

United States Patent and Trademark Office

# ARMOURFIT

**Reg. No. 3,938,546**

**Registered Mar. 29, 2011**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

UNDER ARMOUR, INC. (MARYLAND CORPORATION)
1020 HULL STREET
BALTIMORE, MD 21230

FOR: SOCKS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-0-2010; IN COMMERCE 12-0-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,392,904.

SN 77-776,608, FILED 7-8-2009.

GIANCARLO CASTRO, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# ARMOURVENT

**Reg. No. 4,642,057**

**Registered Nov. 18, 2014**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

UNDER ARMOUR, INC. (MARYLAND CORPORATION)
1020 HULL STREET
BALTIMORE, MD 21230

FOR: ATHLETIC SHIRTS; ATHLETIC SHORTS; BASELAYER BOTTOMS; BASELAYER TOPS; BOTTOMS; CAPRI PANTS; CAPRIS; CAPS; COMPRESSION GARMENTS FOR ATHLETIC OR OTHER NON-MEDICAL USE, NAMELY, SHIRTS, SHORTS; HATS; HEAD-WEAR; JACKETS; LEGGINGS; LONG-SLEEVED SHIRTS; SHIRTS; SHORT-SLEEVED SHIRTS; SHORTS; SINGLETS; SPORTS SHIRTS; T-SHIRTS; TANK TOPS; TANK-TOPS; TOPS; TRACK JACKETS; VESTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-0-2013; IN COMMERCE 4-0-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,392,904, 3,880,602, AND OTHERS.

SN 85-982,901, FILED 5-20-2013.

RON FAIRBANKS, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**