UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

April 15, 2015

MEMO TO COUNSEL RE:  Under Armour, Inc. v. Salt Armour, Inc.
                     Civil No. JFM-15-95

Dear Counsel:

I have reviewed the memoranda submitted in connection with defendant's motion to dismiss or to transfer venue.

I have decided that I should permit jurisdictional discovery.  The deadline for completing such discovery is June 2, 2015.  Thereafter, you should file simultaneous memoranda, on or before June 16, 2015 setting forth your positions as to why you believe jurisdiction is appropriate.

I should point out that in the past in close cases I have transferred the case to a venue where the case clearly could have been brought because I deem it to be "in the public interest" for a case to proceed on the merits where a significant jurisdictional issue is being presented. *See, e.g., Harry & Jeanette Weinberg Found. Inc. v. ANB Inv. Mgmt. & Trust Co.*, 966 F. Supp. 389, 392 (D. Md. 1997); *Joseph M. Coleman & Assocs., Ltd. v. Colonial Metals*, 887 F. Supp. 116, 120 (D. Md. 1995).

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge